**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

September 3, 2009

**Clerk's Notice of Dismissal of Defendant**

To:   All Parties

Re:   Levi v. Capital One Bank (USA), N.A. et al
      Civil Action No.  2:09-cv-00675-WKW

      Pursuant to the Notice of Dismissal with prejudice filed by the Plaintiff on September 2, 2009, Equifax Information Services, LLC has been dismissed as a party defendant in this case.